No. —, original. OHIO *v*. HELVERING, COMMISSIONER OF INTERNAL REVENUE, ET AL. April 9, 1934. A rule is

ordered to issue, returnable April 30 next, requiring defendants to show cause why leave to file the bill of complaint should not be granted.